U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2025 JUN 13 PM 4: 22

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| ALI RIZA ANSARI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:25-cv-578 |
| ) | |
| PATRICIA HYDE, in her official capacity ) | |
| as Acting Boston Field Office Director, ) | |
| Immigration and Customs Enforcement, ) | |
| Enforcement and Removal Operations; ) | |
| VERMONT SUB-OFFICE DIRECTOR OF ) | |
| IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT, ENFORCEMENT AND ) | |
| REMOVAL OPERATIONS; TODD M. ) | |
| LYONS, in his official capacity as Acting ) | |
| Director, U.S. Immigration and Customs ) | |
| Enforcement; KRISTI NOEM, in her ) | |
| official capacity as Secretary of the United ) | |
| States Department of Homeland Security; ) | |
| MARCO RUBIO, in his official capacity as ) | |
| Secretary of State; and PAMELA BONDI, ) | |
| in her official capacity as United States ) | |
| Attorney General, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ) | |

**ORDER**

In order to preserve this Court's jurisdiction, and pursuant to the All Writs Act, 28 U.S.C. § 1651, it is ordered that the Petitioner, Ali Riza Ansari, not be removed from the United States or moved out of the territory of the District of Vermont pending further order of this Court.

The court has scheduled an initial hearing on the motion for preliminary injunction for Tuesday, June 17, 2025, at 10:00 a.m. in Burlington Courtroom 110. The hearing will include

consideration of issues of potential release under *Mapp v. Reno*, 241 F.3d 221 (2d Cir. 2001).

Petitioner shall be produced in person at the hearing.

Dated at Burlington, in the District of Vermont, this 13 day of June, 2025.

                                                                                    Geoffrey W. Crawford, Judge
                                                                                    United States District Court